David C. Shapiro – #028056
Heather E. Bushor – #027030
**SHAPIRO LAW TEAM, PLLC**
5725 N. Scottsdale Road, Ste C110
Scottsdale, Arizona 85250
Telephone: (480) 300-5405
E-Mail: david@shapirolawaz.com
E-Mail: heather@shapirolawaz.com
E-Mail: MinuteEntries@shapirolawaz.com
**Attorneys for Defendants Brandy White, B.B. (minor, N.B. (a minor), A.B. (a minor)**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company,<br><br>      Plaintiff,<br><br>vs.<br><br>Leah Rekowski; K.R. (a minor); C.R. (a minor); Brandy White; B.B. (a minor); N.B. (a minor); A.B. (a minor); Jason Drew; Robert Dale Fogel; Mikal Fogel; Carmelo Pantino, Allied World Surplus Lines Insurance Company; Endurance American Insurance Company; Hendrickson Truck Lines, Inc. Regional Fire & Rescue Department, Inc. Travelers Indemnity Company; National Interstate Insurance; John Does I-X; Jane Does I-X, ABC Corporation I-X,<br><br>      Defendants. | Case No: 2:23-cv-01187-JZB<br><br>**NOTICE OF APPEARANCE** |

Heather Bushor and David Shapiro of the law firm of Shapiro Law Team, PLLC hereby give notice of their appearance as counsel for Brandy White; B.B. (a minor); N.B. (a minor); and A.B. (a minor).

**RESPECTFULLY SUBMITTED** this 15th day of September, 2023.

**SHAPIRO LAW TEAM**

By: _____
Heather E. Bushor, Esq.
David Shapiro, Esq.
5725 N. Scottsdale Rd., Ste 110
Scottsdale, Arizona 85250
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of September, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants or by mailing a copy via the U.S. Postal service:
:

**Amanda Jean Taylor**
Christian Dichter & Sluga PC
2800 N Central Ave., Ste. 860
Phoenix, AZ 85004
Email: ataylor@cdslawfirm.com
*Attorneys for Plaintiff*

**Gena LoPresto Sluga**
Christian Dichter & Sluga PC
2800 N Central Ave., Ste. 860
Phoenix, AZ 85004
Email: gsluga@cdslawfirm.com
*Attorneys for Plaintiff*

**Justin R Vanderveer**
Christian Dichter & Sluga PC
2800 N Central Ave., Ste. 860
Phoenix, AZ 85004
Email: jvanderveer@cdslawfirm.com
*Attorneys for Plaintiff*

**Jami White**
Cruz & Associates PC
1212 E Osborn Rd.
Phoenix, AZ 85014
Email: jwhite@cruzfirm.com
*Attorneys for Defendant Carmelo Patino*

**Robert Dale Fogel**
5532 Rabbit Ridge Lane
Edmond, OK 73025
PRO SE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**Mikal Fogel**
5532 Rabbit Ridge Lane
Edmond, OK 73025
PRO SE

**Regional Fire & Rescue Department Incorporated**
c/o Steven W Kerber, Fire Chief
7651 W McCartney Rd
Casa Grande, AZ 85194-7417
PRO SE