**ZACHAR LAW FIRM, P.C.**
P.O. Box 47640
Phoenix, Arizona 85020
(602) 494-4800
Ben R. Jemsek (019833)
bjemsek@zacharlaw.com
*Attorney for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | No. 2:23-cv-01187-JZB |
| Plaintiff, | **DEFENDANT LEAH REKOWSKI'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT IN INTERPLEADER** |
| vs. | |
| Leah Rekowski, et. al., | |
| Defendant. | |

Defendant Leah Rekowski submits her Answer to the Amended Complaint for Interpleader [Doc 5].

### ADMISSIONS/DENIALS

For her answer to the individually numbered paragraphs of the Amended Complaint for Interpleader, Leah states the following:

### PARTIES

1.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

2.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

3.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

4.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

5.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

6.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

7.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

8.      Leah admits that she is a resident of Lee County Georgia. She denies the remaining allegation and affirmatively asserts that she is not the biological mother of K.R. and C.R.

9.      Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

10.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

11.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

12.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

13.     This paragraph does not state contain any allegations and does not require a response.

14.     Admit.

15.     Admit.

16.     This paragraph does not state contain any allegations and does not require a response.

17.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

18.     Admit. Leah affirmatively asserts that she is without knowledge as to whether Cosmos Express, Inc. has any other applicable insurance policies.

19.     While Leah is without sufficient knowledge as to the allegations in this paragraph, she has not evidence that contradicts this assertion and admits same.

20.     Leah admits that that Mr. Campo was traveling eastbound on the I-10 freeway, crossed the median and struck a vehicle being driven by Leah Rekowski.  She also admits that it led to her personal injuries, the death of her spouse and property damage. She is without sufficient knowledge as to the remaining allegations and therefore denies same.

21.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

1

2

3

4

22.     Leah admits that she sustained personal injuries as a result of this accident. Leah is without sufficient knowledge to answer for the remaining parties and therefore denies same.

5

6

23.     Admit.

7

8

9

24.     Leah admits that she filed on behalf of herself and K.R. and C.R., but denies that they are her children. Leah admits the remaining allegations.

10

11

25.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

12

13

14

26.     Leah admits that the Notice of Claim contained a sum certain amount to settle all claims for $17.5 million. Leah denies the remaining allegations.

15

16

17

27.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

18

19

20

28.     Leah is without sufficient knowledge as to the allegations in this paragraph and sub-parts and therefore denies same.

21

22

23

29.     Leah is without sufficient knowledge as to the allegations in this paragraph and sub-parts and therefore denies same.

24

25

30.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

26

27

31.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

28

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

1   32.   Leah admits that counsel for multiple entities sent a letter dated January 27,

2   2023, re: the resolution of claims concerning a policy held by Cosmos Express.  Leah

3   denies any remaining allegations.

4

5   33.   Leah is without sufficient knowledge as to the allegations in this paragraph

6   and therefore denies same.

7   34.   Leah is without sufficient knowledge as to the allegations in this paragraph

8   and therefore denies same.

9

10

11   35.   Leah is without sufficient knowledge as to the allegations in this paragraph

12   and therefore denies same.

13

14   36.   Leah is without sufficient knowledge as to the allegations in this paragraph

15   and therefore denies same.

16

17   37.   Leah is without sufficient knowledge as to the allegations in this paragraph

18   and therefore denies same.

19

20   38.   Leah is without sufficient knowledge as to the allegations in this paragraph

21   and therefore denies same.

22

23   39.   Leah is without sufficient knowledge as to the allegations in this paragraph

24   and therefore denies same.

25   40.   Leah is without sufficient knowledge as to the allegations in this paragraph

26   and therefore denies same.

27   41.   Leah is without sufficient knowledge as to the allegations in this paragraph

28   and therefore denies same.

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

42.     Leah is without sufficient knowledge as to the allegations in this paragraph and therefore denies same.

**WHEREFORE,** Leah prays as follows:

A.     That Leah Rekowski be awarded the following for damages *she suffered* as a result of her injuries, including but not limited to the following: (1) Her medical bills, past, present and future; (2) past and future lost income; (3) pain, suffering and loss of enjoyment of life; and (4) All other economic and pecuniary damages due to her injuries.

B.     That Leah Rekowski be awarded the following damages she suffered *as spouse and wrongful death beneficiary* of William Rekowski who was killed in the accident, which includes but is not limited to the following: (1) Loss of love, companionship, affection, and for the sorrow, shock and grief based on the death of her husband; (2) loss of income earned by William Rekowski; and (3) All damages referenced by A.R.S. § 12-611 et seq;

C.     Costs incurred in accordance with A.R.S. § 12-1840; and

D.     For any other relief that this Court may deem just and proper.

 DATED this 18th day of September, 2023.

**ZACHAR LAW FIRM, P.C.**

/s/ Ben R. Jemsek
Ben R. Jemsek
Attorney for Plaintiff

ZACHAR LAW FIRM, P.C.
P.O. Box 47640
Phoenix, Arizona 85020

1

## CERTIFICATE OF SERVICE

2

3    I hereby certify that on this 18th of September, 2023, I electronically transmitted

4    the attached document to the Clerk's Office using the CM/ECF System for filing and

5    transmittal of a Notice of Electronic Filing to the following parties/counsel of record:

6

7

8    Gena L. Sluga
9    Amanda J. Taylor
     Justin R. Vanderveer
10   Christian Dichter & Sluga, P.C.
11   2800 N. Central Ave., Ste. 860
     Phoenix, AZ 85004
12   *Attorneys for Plaintiff*

13

14   /s/ Jena Smanz

15

16

17

18

19

20

21

22

23

24

25

26

27

28