# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | No. CV-23-01187-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| Leah Rekowski, et al., | |
| Defendants. | |

Upon review of the Answer (Doc. 43), the Court notes that it refers to a minor child or children by name in violation of Federal Rule of Civil Procedure 5.2(a)(3). The Court therefore has sealed this filing.

**IT IS ORDERED** that, by no later than September 26, 2023, Defendant shall file an amended answer that redacts all references to the name of any minor(s) in accordance with Federal Rule of Civil Procedure 5.2(a)(3).

**IT IS FURTHER ORDERED** that future filings in this matter referencing minor children shall comply with Federal Rule of Civil Procedure 5.2(a)(3).

DATED this 19th day of September, 2023.

Honorable John Z. Boyle
United States Magistrate Judge