# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | No. CV-23-01187-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Leah Rekowski, et al., | |
| Defendants. | |

After review of the docket, the Court notes that Defendants Robert Dale Fogel and Mikal Fogel were served on July 15, 2023, and Defendants Edurance American Insurance Company and Regional Fire & Rescue Department Incorporated were served on July 15, 2023. As of the date of this order, no answer has been filed and no application for entry of default has been made.

**IT IS ORDERED** that counsel for Plaintiff shall file a status report within **7 days** of the date of this Order concerning the status of its case against these Defendants.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate Defendants Robert Dale Fogel, Mikal Fogel, Edurance American Insurance Company, and Regional Fire & Rescue Department Incorporated without further order of the Court, if

///

///

///

Plaintiff fails to file either a status report or an application for entry of default within the timeframe specified herein.

Dated this 29th day of September, 2023.

_____
Douglas L. Rayes
United States District Judge