Gena L. Sluga, 018633
Amanda J. Taylor, 024006
Asha Sebastian, 028250
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
gsluga@cdslawfirm.com
ataylor@cdslawfirm.com
asebastian@cdslawfirm.com
*Attorneys for Houston Specialty Insurance Company*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | Case No. CV-23-01187-PHX-DLR |
| Plaintiff, | **STATUS REPORT** |
| vs. | |
| Leah Rekowski; K.R. (a minor); C.R. (a minor); Brandy White; B.B. (a minor); N.B. (a minor); A.B. (a minor); Jason Drew; Robert Dale Fogel; Mikal Fogel; Carmelo Patino; Allied World Surplus Lines Insurance Company; Endurance American Insurance Company; Hendrickson Truck Lines, Inc.; Regional Fire & Rescue Department, Inc.; Travelers Indemnity Company; National Interstate Insurance; John Does I-X; Jane Does I-X; ABC Corporation I-X, | |
| Defendants. | |

Pursuant to the Court's Order dated September 29, 2023, undersigned counsel hereby provides a status report to the Court regarding Defendants as follows:

As of the Court's September 29, 2023 Order, the following Defendants either had not been served or had not yet filed an Answer to Houston Specialty Insurance Company's

("HSIC") Amended Complaint:

1. Jason Drew (service not complete, despite repeated attempts);

2. Robert Dale Fogel (served on 7/15/2023; no Answer filed);

3. Mikal Fogel (served on 7/15/2023; no Answer filed);

4. Endurance American Insurance Company (served on 7/14/2023; no Answer filed); and

5. Regional Fire & Rescue Department, Inc. (served on 7/14/2023; no Answer filed[1]).

The following Defendants have filed Answers:

1. Carmelo Patino (Answer filed 9/14/2023);

2. Brandy White and minors B.B., N.B., and A.B. (Answer filed 9/15/2023);

3. Leah Rekowski (Answer filed 9/18/2023); and

4. Statutory beneficiaries K.R. and C.R. (Answer filed 9/18/2023);

Additionally, HSIC has dismissed the following Defendants as a result of their waiver of claims identified in the Amended Complaint:

1. Allied World Surplus Lines Insurance Company (Voluntary dismissal on 9/7/2023);

2. Hendrickson Truck Lines Inc. (Voluntary dismissal on 9/21/2023);

3. National Interstate Insurance (Voluntary dismissal on 9/19/2023); and

4. Travelers Indemnity Company (Voluntary dismissal on 8/11/2023).

---

[1] Regional Fire & Rescue subsequently filed its Answer on September 29, 2023 [Doc. 54], after the Court's Order was issued.

2

With respect to the Defendants who have been served and have not been dismissed, HSIC provides the following status: On September 24, 2023, HSIC mailed Defendants Endurance American Insurance Company ("Endurance"), Regional Fire & Rescue Department Incorporated ("Regional Fire & Rescue"), and Robert Dale and Mikal Fogel ("the Fogels") a letter informing them that if they did not file an Answer to the Amended Interpleader Complaint on or before October 6, 2023, HSIC would file an Application for Entry of Default and initiate default proceedings against them. Since their receipt of that letter, Regional Fire & Rescue has filed its Answer [Doc. 54] and Mr. Fogel reached out to HSIC's counsel indicating that the Fogels intend to file their Answers. Similarly, Endurance's newly retained counsel contacted HSIC's counsel and asked for a short extension of time to allow counsel to investigate the claims and file its Answer.

With respect to the sole remaining Defendant whom HSIC has been unable to personally serve, HSIC advises the Court that it filed a Motion for Leave to Serve Jason Drew by Publication and to Extend the Service Deadline [Doc. 42] on 9/18/2023. HSIC's motion seeks additional time to complete service on Defendant Drew by publication. HSIC's motion is pending the Court's ruling.

RESPECTFULLY SUBMITTED this 3rd day of October, 2023.

        CHRISTIAN DICHTER & SLUGA, P.C.

        By: *s/ Amanda J. Taylor*
          Gena L. Sluga
          Amanda J. Taylor
          Asha Sebastian
          2800 North Central Avenue, Suite 860
          Phoenix, Arizona 85004
          *Attorneys for Attorneys for Houston Specialty Insurance Company*

**CERTIFICATE OF SERVICE**

It is hereby certify that on October 3rd, 2023, the attached document was electronically transmitted to the Clerk's Office using the CM/ECF System for filing thereby transmitting a Notice of Electronic Filing to all CM/ECF registrants and emailing/mailing the following:

Regional Fire & Rescue Department Incorporated
c/o Steven W Kerber, Fire Chief
7651 W McCartney Rd
Casa Grande, AZ 85194-7417
steven.kerber@regionalfire.org
*Pro Per Defendant*

Mikal Fogel
5532 Rabbit Ridge Lane
Edmond, OK 73025
*Pro Per Defendant*

Robert Dale Fogel
5532 Rabbit Ridge Lane
Edmond, OK 73025
rfogel@umich.edu
*Pro Per Defendant*

By: *s/ Bryce Utter*