IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | No. CV-23-01187-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Leah Rekowski, et al., | |
| Defendants. | |

On September 29, 2023, Fire Chief Steven W. Kerber filed an answer on behalf of Regional Fire & Rescue Department Incorporated. (Doc. 54.) "[I]t has been the law for the better part of two centuries . . . that a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 201-02 (1993); *see also Multi-Denominational Ministry of Cannabis and Rastafari, Inc. v. Holder*, 365 F. App'x 817, 819 (9th Cir. 2010) ("[T]he law is clear that incorporated entities must be represented by counsel in court"); *Larsen v. Lauriel Inv. Inc.*, 161 F.Supp.2d 1029, 1034 n.1 (D. Ariz. 2001) (noting that *pro se* defendant "may not represent . . . a corporate defendant"). There is no indication that Fire Chief Kerber is a licensed attorney. Accordingly, he cannot appear and file an answer in federal court on behalf of Regional Fire & Rescue Department Incorporated. If Regional Fire & Rescue Department Incorporated wishes to participate in this action, it must do so through a licensed attorney.

/ / /

**IT THEREFORE IS ORDERED** that the Clerk shall strike Regional Fire & Rescue Department Incorporated's answer.

**IT IS FURTHER ORDERED** that Regional Fire & Rescue Department Incorporated shall have **14 days** to obtain counsel and file an answer through counsel.

Dated this 3rd day of October, 2023.

Douglas L. Rayes
United States District Judge