# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Houston Specialty Insurance Company, | No. CV-23-01187-PHX-DLR |
| Plaintiff, | **MINUTE ORDER** |
| v. | |
| Leah Rekowski, et al., | |
| Defendants. | |

It having come to the Court's attention that Defendant Leah Rekowski's minor children K.R. and C.R. have different representation, the Clerk's Office is directed to update the docket to make K.R. and C.R. their own individual parties. This change will allow counsel for K.R. and C.R. to link all future filings to the parties they represent.

Dated this 5th day of October, 2023.

By: _____
Michele Morgan
Judicial Assistant
for the Honorable Douglas L. Rayes