# EXHIBIT 1



A Professional Corporation
Attorneys Licensed In Multiple Jurisdictions

December 2, 2022

Writer's Contact Information
bill.schrank@occlaw.com
602.241.7016

Jason Ray Drew
c/o Mehr & Associates
17500 Red Hill Ave., Ste. 210
Irvine, CA 92614
Bocampo@mehrfirm.com

Jason Ray Drew
c/o Holly Spears, Subrogation Specialist
National Interstate Insurance Company
P.O. Box 521
Richfield, OH 44286
Holly.Spears@natl.com

Jason Ray Drew
c/o Amanda Hutchins
Knox, Lemmon & Anapolsky
11249 Gold Country Blvd., Ste. 140
Gold River, CA 95670
ahutchins@klalawfirm.com

Hendrickson Truck Lines, Inc.
7080 Florin Perkins Road
Sacramento CA 95828

Carmelo Patino
c/o Trisha Amarantes, Adjuster
Travelers Indemnity Company of
Connecticut
P.O. Box 650293
Dallas, TX 75265-0293
tlamaran@travelers.com

Carmelo Patino
c/o Marisol Ayala, Paralegal
Cruz & Associates P.C.
1212 E Osborn Road
Phoenix, AZ 85014
amarisol@cruzfirm.com

RWC IdeaLease LLC
600 N. 75th Avenue
Phoenix, AZ 85043

RWC IdeaLease LLC
c/o Trish Amarantes
Travelers
PO Box 5076
Hartford CT 06102
Claim No. FSL1149
tlamaran@travelers.com

Leah Rekowski
c/o Ben Jemsek
Zachar Law Firm, P.C.
714 E. Rose Lane
Phoenix, AZ 85014
bjemsek@zacharlaw.com

Leah Rekowski
c/o John P. Leader, Esq.
Leader Law Firm
405 W. Cool Drive, Suite 107
Tucson, Arizona  85704
john@leaderlawaz.com

Alicia Jo Faucher
22510 S. 116th Street
Chandler, AZ 85249

Alicia Jo Faucher
c/o Robert Benson
Auto Subrogation Representative
Farmers Insurance Company of Arizona
National Document Center
P.O. Box 268992
Oklahoma City, OK 73126-8992
Robert.benson4@farmersinsurance.com

December 2, 2022
Page 2

Jon Faucher and Alicia Jo Foucher
c/o Steve Davidson, Legal Assistant
Law Offices of Christina M. Tribbia
P.O. Box 268992
Oklahoma City, OK 73126

Robert Dale Fogel
Mikal K. Fogel
2335 E. Page Mill Drive
Green Valley, AZ 85614

Robert Dale Fogel and Mikal K. Fogel
c/o TJ Riddle
Rebeka Green
State Farm Mutual Automobile Ins. Co.
P.O. Box 106170
Atlanta, GA 30348

Breshawnna Brown
NaJon Brown
Alahni Brown
c/o Ellen R. Serbin
Perona Langer Beck Serbin & Harrison APC
300 E. San Antonio Dr
Long Beach, CA 90807

Brandy Lynn White
413 E. Jacinto Street
Tucson, AZ 85705

Brandy Lynn White
c/o Larry H. Parker
The Law Offices of Larry H. Parker, Inc.
2001 W. Camelback Rd., Ste. 145
Phoenix, AZ 85015

Benny Whitehead, Inc.
969 US Highway 82
Georgetown, GA 39854

Benny Whitehead, Inc.
c/o Terry D. Wade
Subrogation Specialist
SubroIQ
P.O. Box 962
Coraopolis PA 15108

Benny Whitehead, Inc.
c/o American International Group, Inc.
P.O. Box 26610
Shawnee Mission KS  66225
Claim No. 0388154540US
Policy No. TP9882307
Julie.kimpling@aig.com

Benny Whitehead, Inc.
c/o Alan J. Clark
Sr. Executive General Adjuster
Engle Martin & Associates
5565 Glenridge Connector, Suite 900
Atlanta, GA 30342
aclark@englemartin.com

Dillon Jeffries, General Adjuster
Harold Holguin
Network Adjusters, Inc.
Stanford Place I
8055 East Tufts Avenue, Suite 600
Denver, CO 80237
djeffries@networkadjusters.com
hholguin@networkadjusters.com

State of Arizona
c/o Jacob Weld
Wieneke Law Group
1225 W. Washington Street, Suite 313
Tempe Arizona 85281
jweld@wienekelawgroup.com

**Re:  Skyward Specialty Insurance Company**
       **Claim No. #GC020314**
       **Insured: Cosmos Express, Inc. and Renato Trujillo Ocampo**
       **DOL: October 6, 2021**

All:

I have been retained by Skyward Specialty Insurance Company (formerly Houston International Insurance Group), the commercial motor vehicle liability carrier for Cosmos Express, Inc. dba Day Night Logistics and its driver, Renato Trujillo Ocampo, in connection with the accident of October 6, 2021.  All of you are receiving this letter because you have, or potentially have, claims against the liability insurance policy providing coverage to "Cosmos Express" and Mr. Ocampo. ***If you are not involved in this matter and/or should not be a recipient, please contact me so you can be removed from the list.***

December 2, 2022
Page 3

The insurance policy provides $1 Million in liability coverage, combined single limit. I enclose a copy of the relevant pages of the insurance policy. Cosmos Express has no other insurance coverage above and beyond this policy. Cosmos Express is a small trucking company and has no appreciable assets to pay claims. Mr. Ocampo was killed in the accident. Again, I suspect his estate – if there was one – had no appreciable assets.

The purpose of this letter is to encourage you to communicate with each other and determine – voluntarily between yourselves – how to resolve your claims against the limited funds available. I recognize that Skyward has the option to file an interpleader action, but that can force everybody to file an Answer/Response, incur legal costs, and can be time consuming. Instead, Skyward would prefer that all claimants reach an agreement between themselves for the distribution of the insurance funds, in exchange for a complete release of liability of Cosmos Express, Inc. dba Day Night Logistics and Mr. Ocampo (and his estate).

Alternatively, Skyward is willing to hire a mediator, at its expense, to resolve all claims. If you are agreeable to mediation, please respond promptly with dates in February 2023 on which you are available. The mediation will probably be by Zoom. Hopefully we can all agree upon a mediator. There are several I can suggest, but I would like to hear from you.

My understanding of your respective claims are as follows. If I have misstated the nature and extent of your claim or your representation, I apologize, and please correct me.

**LEAH REKOWSKI – Bodily Injury Claim and Wrongful Death Claim on behalf of herself and two children:**

William Rekowski, Jr. was killed in the accident. Leah Rekowski was injured in the accident. Leah Rekowski has a claim for her bodily injuries and a wrongful death claim for the death of her husband. Additionally, I understand there are two children of William Rekowski who have wrongful death claims. Leah Rekowski and her two children are represented by attorneys Ben Jemsek of the Zachar Law Firm and John P. Leader of the Leader Law Firm. They have already filed suit in Pinal County Superior Court.

**BRANDY LYNN WHITE and BROWN CLAIMANTS:**

Brandy Lynn White was the driver of Vehicle #5 in the accident. She had three minor passengers in her vehicle – Breshawnna Brown, NaJon Brown, and Alahni Brown – I understand they have claims for bodily injury. They are represented by Attorney Ellen R. Serbin of Perona Langer Beck Serbin & Harrison APC.

**JASON RAY DREW – Bodily Injury Claim:**

Jason Ray Drew was the driver of Vehicle #2 in the accident. He has a claim for bodily injuries. I understand that he is represented by Amanda Hutchins and/or Meher & Associates. *See* addresses above.

**NATIONAL INTERSTATE INSURANCE Workers Compensation Lien:**

I understand that National Interstate Insurance is asserting a workers' compensation lien in concerning a workers' compensation claim made by Jason Drew. Holly Spears is the subrogation specialist for National Interstate. The amount of the claim is $15,420.52.

December 2, 2022
Page 4

**FARMERS INSURANCE Subrogation Claim:**

Alicia Jo Faucher was the driver of Vehicle #4, registered to Jon Faucher. Mr. Foucher's vehicle was insured by Farmers Insurance Company of Arizona. I understand that Farmers is making a property damage subrogation claim in the amount of $3,634.42. Farmers is represented by the Law Offices of Christina M. Tribbia, Oklahoma City, Oklahoma.

**TRAVELERS INSURANCE Subrogation Claim:**

Carmelo Patino was the driver of Vehicle #3, registered to RWC IdeaLease, LLC. Insurance coverage on that vehicle was provided by Travelers Indemnity Company. Travelers Indemnity Company of Connecticut has made a subrogation claim for $46,057.40, which includes its insured deductible. The claims professional handling the subrogation claim for Travelers is Trisha Amarantes.

**SUBROIQ Property Subrogation Claim:**

Leah Rekowski was the driver of Vehicle #5. That vehicle was a 2022 International tractor owned by/registered to Benny Whitehead, Inc. The tractor/trailer was apparently insured by National Union Fire Insurance Company/Endurance American Insurance Company. SubroIQ is the subrogation recovery partner for the insurance company. SubroIQ has submitted a subrogation claim of $84,461.90, apparently for the cargo loss associated with Benny Whitehead, Inc.

**HENDRICKSON TRUCK LINES, INC. Property Damage Claim:**

Jason Ray Drew was the driver of Vehicle #2. He was driving for Hendrickson Truck Lines, Inc. Hendrickson has submitted a claim for the total loss of its tractor and trailing in the amount of $91,616.

**STATE FARM INSURANCE Med Pay Subrogation Claim:**

Robert Fogal was the driver of Vehicle #6. Mikal Fogal was a passenger in his vehicle. His vehicle was insured by State Farm Insurance. State Farm has asserted a medical payment subrogation claim for $5,000 with respect to payments to Mikal Fogal.

If you know of other claims not specified in this letter, let me know. If I am mistaken about your claim or your representation, please contact me.

*If you* are *willing to waive your claim against Cosmos Express and Mr. Campo because of the number and seriousness of other claims, please contact me.*

**My email is bill.schrank@occlaw.com. My phone number is (602) 241-7016.**

**Please also contact my secretary, Tamela Gation (tamela.gation@occlaw.com or (602) 241-7015) and provide her with your contact information including, email address, phone number(s) and mailing address.**

December 2, 2022
Page 5

**When responding to me by email please reference in the subject line "Claim #GC020314: Cosmos Express".**

Kindest regards,

**O'CONNOR & DYET**

*[signature]*

William J. Schrank
WJS/tsg
Enc.